## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

In the Matter of:

**Tameko Shaunta Mosely,**
SSN: XXX-XX-5347
                              Debtor.
**Sherry Neely Mosely,**
SSN: XXX-XX-6025
                              Debtor.

**Case No. 10-40107**
**Chapter 13**

### Motion to Restrict Public Access

NOW COMES Tameko Shaunta Mosely and Sherry Neely Mosely, debtors herein, by and through their undersigned attorney, and respectfully requests the Court to enter an order pursuant to Bankruptcy Rule 9037(d) to restrict public access to the Proof Claim filed on 04/28/2010 as Claim #17 on the claims register of this case. In support of this Motion, the movant shows unto the Court as follows:

1. The debtor herein filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on February 21, 2010.

2. On April 28, 2010, Carolina First Bank, a creditor of the debtor, filed with the Court a Proof of Claim which was docketed as Claim #17 on the claims register within the CM/ECF system in this case (hereinafter "Proof of Claim").

3. The Proof of Claim disclosed the full Social Security number and full checking account number of the female debtor without redaction on Page 1 of the attachment to the Proof of Claim.

WHEREFORE, the movant respectfully requests that the Court:

1. Consider this motion *ex parte* and enter a protective order requiring that the Proof of Claim filed by Carolina First Bank in this case on April 28, 2010, be prohibited from remote electronic access by a nonparty.

2. Order Carolina First Bank to file an amended Proof of Claim within twenty (20) days from entry of this Order with any privacy information redacted.

3. Grant any further relief as may be just and proper.

This the 07th day of May, 2010.

_s/ Joshua B. Farmer_____

Joshua B. Farmer

NC State Bar #: 32669

TOMBLIN, FARMER & MORRIS, PLLC

*Attorney for Debtors*

187 North Washington Street

Post Office Box 632

Rutherfordton, North Carolina 28139

Tel:    (828) 286-3866

Fax:    (828) 286-4820

Email: jfarmer@farmerlegal.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

In the Matter of:

**Tameko Shaunta Mosely,**
                    Debtor.
**Sherry Neely  Mosely,**
                    Debtor.

**Case No. 10-40107**
**Chapter 13**

### CERTIFICATE OF SERVICE

I, Joshua B. Farmer of TOMBLIN, FARMER & MORRIS, PLLC, hereby certify that a copy of the foregoing MOTION TO RESTRICT PUBLIC ACCESS was served via electronic filing through the US Bankruptcy Court or by depositing a true and exact copy in an official repository of the United States Postal Service in a postage paid envelope addressed to the following:

Carolina First Bank
ATTN:  Danny Nixon
PO Box 1029
Greenville, SC 29602−9947

Tameko Shaunta Mosely
Sherry Neely Mosely
232 West Haven St
Forest City, NC  28043

Bankruptcy Administrator (via electronic notice)

Steven G. Tate, Trustee (via electronic notice)

This the 07th day of May, 2010.

_s/ Joshua B. Farmer_____
Joshua B. Farmer
NC State Bar #: 32669
TOMBLIN, FARMER & MORRIS, PLLC
*Attorney for Debtors*
187 North Washington Street
Post Office Box 632
Rutherfordton, North Carolina 28139
Tel:    (828) 286-3866
Fax:    (828) 286-4820
Email: jfarmer@farmerlegal.com